FILED
CLERK, U.S. DISTRICT COURT
2019 SEP 18 AM 9:45
CENTRAL DIST. OF CALIF.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>v.<br>Soulati, Sara DEFENDANT | CASE NUMBER: 19CR527<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 9/18/2019 8:45 ☑ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No
4. Charges under which defendant has been booked: 18 USC § 1349
   Conspiracy to Commit Health Care Fraud
5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☑ No ☐ Yes Language: ______
7. Year of Birth: 1970
8. Defendant has retained counsel: ☐ No
   ☑ Yes Name: Harv S. Anand Phone Number: 310-880-6465 cell 626-239-7250 office
9. Name of Pretrial Services Officer notified: Devin
10. Remarks (if any): ______
11. Name: SA Ashley Horne (please print)
12. Office Phone Number: 310-996-3824
13. Agency: FBI
14. Signature: [signature]
15. Date: 9/18/2019