UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SARA SOULATI,<br>Defendant. | CR No. 2:19-CR-00527-ODW-2<br><br>FINDINGS AND ORDER REVOKING DEFENDANT'S PRETRIAL RELEASE/BOND AND DETAINING DEFENDANT PENDING TRIAL |

WHEREAS, the Court having conducted a hearing on August 24, 2020, pursuant to 18 U.S.C. Section 3148(b) regarding the Government's Motion for an Arrest Warrant, Order Revoking Pretrial Release, and Order of Detention (the "Government's Motion") and having considered all the relevant filings, declarations, exhibits, transcripts, Pretrial Service report, other evidence, and arguments made by counsel

including but not limited to: the Government's Motion and accompanying Declaration of SA Ryan W. Wible, Exhibits 1–17, Declaration of Alexandra M. Michael, Exhibits 1–2; Defendant's Motion for Review of Detention Order by United States Magistrate Judge Steve Kim (18 U.S.C. §3145(b)) and accompanying Declaration of Harland Braun (Dkt. 197); the Government's Opposition and accompanying Declaration of Alexandra M. Michael and Exhibits A–B (Dkt. 198); Defendant's Reply (Dkt. 200); and the Government's Supplemental Declaration of Forensic Accountant Joan O'Dowd (Dkt. 220), the Court ordered defendant Sara Soulati detained pending trial (Dkt. 221). The Court based the order on the following findings:

1. The Court finds that there is clear and convincing evidence that defendant Soulati has violated a condition of her pretrial release, namely the condition that she not bill the government for any medical service or do so on behalf of anyone else.

2. The Court finds that defendant Soulati, shortly after being indicted, continued similar conduct as alleged in the indictment and when she learned the government was investigating her conduct she took additional steps to conceal her continued billing, directly and indirectly, to Medicare.

3. The Court finds that defendant Soulati is unlikely to abide by any condition or combination of conditions of release.

//

//

WHEREAS, after conducting the August 24, 2020 hearing and having considered all the relevant filings, declarations, exhibits, transcripts, Pretrial Service report, other evidence, and arguments made by counsel, and based on the Court's findings as stated above and good cause shown, pursuant to 18 U.S.C. § 3148(b), IT IS HEREBY ORDERED THAT:

1. Defendant Soulati's pretrial release/bond is revoked; and
2. Defendant Soulati shall be detained pending trial.

IT IS SO ORDERED.

August 24, 2020

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE