Winston Kevin McKesson (SBN 106068)
Law Office of Winston K. McKesson
6080 Center Drive, Ste. 652
Los Angeles, California 90045-1540
T: 310-242-5889

Counsel for Ronald Seymour Weaver

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Ronald Seymour Weaver, et al.<br>Defendant | Case No.: 2:19-cr-00527-ODW<br><br>**[proposed] ORDER** |

The Court having read and considering the Request and file makes the following order:

Defendant's shall be able to travel to Mexico for his trip scheduled June 10, 2021, through June 17, 2021

**IT IS SO ORDERED.**

___________ __________________________________

Date Honorable Magistrate Judge Patrick J. Walsh