TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section
ROBERT I. LESTER (Cal. Bar No. 116429)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2464
Facsimile: (213) 894-7819
E-mail: robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SARA SOULATI,<br>Defendant. | No. CR 19-0527-ODW-2<br>[PROPOSED]<br>**ORDER FORFEITING BAIL**<br><br>DATE: April 26, 2021<br>TIME: 10:00 a.m.<br>CTRM: Hon. Otis D. Wright II<br>United States Courthouse<br>350 West 1st St., Courtroom 5D<br>Los Angeles, California 90012 |

The Court, having ruled on August 24, 2020 that defendant Sara Soulati ("Defendant") "violated a condition of her pretrial release, namely the condition that she not bill the government for any medical service or do so on behalf of anyone else" (Dkt. 224 at 2),[1]

IT IS ORDERED pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure that pretrial bail is forfeited with respect to Defendant.

DATED: ___________, 2021.

______________________________
UNITED STATES DISTRICT JUDGE

[1] In that Order, the Court also found that:

> "[D]efendant Soulati, shortly after being indicted, continued similar conduct as alleged in the indictment and when she learned the government was investigating her conduct she took additional steps to conceal her continued billing, directly and indirectly, to Medicare.

*Id.*