TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Acting Chief, Financial Litigation Section
ROBERT I. LESTER (Cal. Bar No. 116429)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2464
Facsimile: (213) 894-7819
E-mail: robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARA SOULATI,<br><br>Defendant. | No. CR 19-0527-ODW-2<br><br>[PROPOSED]<br><br>**JUDGMENT FOR PLAINTIFF UNITED STATES ON BAIL BOND FORFEITURE WITH RESPECT TO DEFENDANT SARA SOULATI**<br><br>DATE: April 26, 2021<br>TIME: 10:00 a.m.<br>CTRM: Hon. Otis D. Wright II<br>United States Courthouse<br>350 West 1st St., Courtroom 5D<br>Los Angeles, California 90012 |

Pursuant to the Order forfeiting bail filed on ___________, 2021, wherein the Court ordered that pretrial bail be forfeited with respect to defendant Sara Soulati, Judgment shall be entered as follows:

> Sara Soulati is liable to the United States for the amount of the forfeited bail, $150,000, together with interest and costs.

IT IS SO ORDERED.

DATED: ___________, 2021.

____________________________________

UNITED STATES DISTRICT JUDGE