UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SARA SOULATI,<br>Defendant. | No. CR 19-00527-ODW-2<br><br>**JUDGMENT FOR PLAINTIFF UNITED STATES ON BAIL BOND FORFEITURE WITH RESPECT TO DEFENDANT SARA SOULATI** |

Pursuant to the Order forfeiting bail filed on April 22, 2021, wherein the Court ordered that pretrial bail be forfeited with respect to defendant Sara Soulati, Judgment shall be entered as follows:

Sara Soulati is liable to the United States for the amount of the forfeited bail, $150,000, together with interest and costs.

IT IS SO ORDERED.

DATED: April 22, 2021.

UNITED STATES DISTRICT JUDGE