# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(___ Amended ______________________)

Case No. CR 19-00527-ODW-2 Date December 15, 2025

Present: The Honorable OTIS D. WRIGHT, II

| Sheila English | Court Smart | Kelly Rose Churnet |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 2)- Sara Soulati | X | ☐ | 2)- Peter Johnson | X | ☐ | ☐ | |

**PROCEEDINGS: SENTENCING AND JUDGMENT HEARING** ☐ **Contested** ☐ **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto. _X_ Refer to separate Judgment Order.

___ Imprisonment for Years/months on each of counts ______ Count(s) concurrent/consecutive to count(s) ______

___ Fine of $ ______ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) ______

___ Confined in jail-type institution for ______ to be served on consecutive days/weekends commencing ______

___ years/months Supervised Release/Probation imposed on count(s) ______ consecutive/concurrent to count(s) ______ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform ______ hours of community service.

___ Serve ______ in a CCC/CTC.

___ Pay $ ______ fine amounts & times determined by P/O.

___ Make $ ______ restitution in amounts & times determined by P/O.

___ Participate in a program for treatment of narcotic/alcohol addiction.

___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

___ Other conditions: ______

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

___ Pay $ ______ per count, special assessment to the United States for a total of $ ______

___ Imprisonment for months/years and for a study pursuant to 18 USC ______ with results to be furnished to the Court within days/months whereupon the sentence shall be subject to modification. This matter is set for further hearing on ______

_X_ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

_X_ Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission. ___ Processed statement of reasons.

_X_ Bond exonerated ___ upon surrender ___ upon service of ______

___ Execution of sentence is stayed until 12 noon, ______ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release # ______

___ Present bond to continue as bond on appeal. ___ Appeal bond set at $ ______

___ Filed and distributed judgment. ENTERED.

_X_ Other The parties addresses the Court.

______ : 42

Initials of Deputy Clerk ______

cc: