**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SARA SOULATI,

Defendant.

Case No. 2:19-cr-00527-ODW-2

**ORDER RE RETURN OF PASSPORTS**

IT IS HEREBY ORDERED that Probation & Pretrial Services return the United States and Iranian passports of Defendant Sara Soulati to defense counsel.

DATED: December_22, 2025

OTIS D. WRIGHT II
United States District Judge

Cc:PSA/USPO