UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
RONALD SEYMOUR WEAVER,
Defendant.

**Case No.: 19-CR-00527-ODW-1**

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that Defendant Ronald Seymour Weaver's bond is modified to allow him to apply for a passport, travel to Mexico with his family before sentencing, and then surrender the passport to Pretrial Services upon his return.

IT IS SO ORDERED.

Dated: May 1, 2026

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

cc: USPO/PSA