UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONALD SEYMOUR WEAVER,<br>Defendant. | Case No. 2:19-CR-00527-ODW-1<br><br>**ORDER** |

The Court having read and considered the stipulation of the parties, IT IS HEREBY ORDERED THAT defendant Ronald Weaver's Sentencing Date is continued from September 21, 2026 at 11:00 a.m. **to January 4, 2027 at 10:00 a.m**

IT IS SO ORDERED.

Dated: July 29, 2026

[signature]

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE